**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Jared Walter Adair v. Ricky's Enterprises, Inc.

Appellate case number:   01-22-00359-CV

Trial court case number:  1181899

Trial court:               County Civil Court at Law No. 4 of Harris County

On August 29, 2022, this Court issued an order requiring Alexandra McDaniel, the official (or substitute court reporter), to file the record in this appeal by September 28, 2022. Yet the reporter's record has not been filed and no extension of time to file it has been requested.

**Alexandra McDaniel is directed to file with this Court, within 14 days of the date of this order and at no cost to appellant, a reporter's record.** *See* TEX. R. APP. P. 35.1. Appellant's brief is due 30 days after the date the reporter's record is filed. TEX. R. APP. P 38.6(a).

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                      Acting individually

Date: October 25, 2022